WEBB *v.* STATE.

[71 South. 738.]

CRIMINAL LAW. *Evidence. Reputations of defendant.*

Where on the trial of defendant for selling whiskey his counsel asked one of his witnesses if he knew defendant's general reputation for being a law-abiding citizen and the witness answered in the negative, and the state, in rebuttal offered witness to prove the general reputation of defendant for being a law-abiding citizen which evidence, over defendant's objection, was admitted. This was error and prejudicial to defendant; defendant's question did not put his reputation in issue. The witness' answer proved nothing and nothing being proven there was nothing to rebut.

APPEAL from the circuit court of Panola county.

HON. E. D. DINKINS, Judge.

Walker Webb was convicted for selling whiskey and appeals.

The facts are fully stated in the opinion of the court.

*G. M. Johnson,* for appellant.

*Ross A. Collins,* Attorney-General, for the state.

COOK, P. J., delivered the opinion of the court.

Appellant was convicted for selling whiskey. At the trial the defendant's counsel asked one of defendant's

witnesses if he knew defendant's general reputation for being a law-abiding citizen. The witness answered in the negative. The state, in rebuttal, offered witnesses to prove the general reputation of the defendant for being a law-abiding citizen. Defendant objected to this evidence, and his objection was overruled by the court. This was error, and may have been extremely prejudicial to defendant. The state cannot put the reputation of the defendant in evidence unless he first places it in issue. His question did not put his reputation in issue. The witness' answer proved nothing, and, nothing being proven, there was nothing to rebut.

The other assignments of error are without merit.

*Reversed and remanded.*